```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 42808
   GROVER ELLINGTON JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1772

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 11/17/2004 and was confirmed 01/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  26.00%.

     The case was paid in full 08/25/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
NORLARCO CREDIT UNION    SECURED          11695.00         1408.60       11695.00
NORLARCO CREDIT UNION    UNSECURED         7016.21            .00         1824.21
AT & T WIRELESS          UNSECURED         1310.02            .00          340.61
CHECK N GO               UNSECURED          854.70            .00          222.22
CLAIMS ACCOUNTING        UNSECURED        NOT FILED           .00             .00
CLAIMS ACCOUNTING        UNSECURED        NOT FILED           .00             .00
CLAIMS ACCOUNTING        UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORP    UNSECURED          866.57            .00          225.31
MIDLAND CREDIT MANAGEMEN UNSECURED         1354.53            .00          352.18
PEOPLES GAS LIGHT & COKE UNSECURED             .00            .00             .00
PROFFESSIONAL ACCOUNT MG UNSECURED        NOT FILED           .00             .00
PROFFESSIONAL ACCOUNT MG UNSECURED        NOT FILED           .00             .00
TCF NATIONAL BANK        UNSECURED        NOT FILED           .00             .00
FIRST CONSUMERS NB       UNSECURED         1250.99            .00          325.26
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       1,330.20                       1,330.20
TOM VAUGHN               TRUSTEE                                          1,101.82
DEBTOR REFUND            REFUND                                             549.59

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                19,375.00

PRIORITY                                          .00
SECURED                                     11,695.00
    INTEREST                                 1,408.60
UNSECURED                                    3,289.79
ADMINISTRATIVE                               1,330.20
TRUSTEE COMPENSATION                         1,101.82
DEBTOR REFUND                                  549.59

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 42808 GROVER ELLINGTON JR
```

```
                              ---------------    ---------------
TOTALS                              19,375.00          19,375.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/20/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 42808 GROVER ELLINGTON JR